UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>JOSHUA TURNIPSEED,<br><br>　　　　　　　　Defendant,<br><br>　　v.<br><br>PIERCE COUNTY ASSESSOR-TREASURER'S OFFICE,<br><br>　　　　　　　　Garnishee. | Case No. MC20-0109RSL<br><br>ORDER TO ISSUE WRIT OF GARNISHMENT |

This matter comes before the Court on plaintiff's "Application for Writ of Continuing Garnishment" for property in which the defendant/judgment debtor, Joshua Turnipseed, has a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, Pierce County Assessor-Treasurer's Office. The Court having reviewed the record in this matter, hereby ORDERS that the Clerk of Court issue the "Writ of Continuing Garnishment" (Dkt. # 1-3) and the "Notice to Defendant/Judgment Debtor" (Dkt. # 1-4) submitted by plaintiff's counsel on December 3, 2020. Pursuant to 28 U.S.C. § 3205(c)(3), plaintiff shall serve the defendant/judgment debtor and the garnishee with a copy of the writ and accompanying instructions.

　　　　Dated this 7th day of December, 2020.

　　　　　　　　　　　　　　　　　　　　*Mr S Lasnik*
　　　　　　　　　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　　　　　　　　　United States District Judge