UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>JOSHUA TURNIPSEED,<br><br>　　　　　　　　Defendant,<br><br>　　v.<br><br>PIERCE COUNTY ASSESSOR-TREASURER'S OFFICE,<br><br>　　　　　　　　Garnishee. | Case No. MC20-0109RSL<br><br>ORDER |

This matter comes before the Court on defendant/judgment debtor's request for a hearing in the above-captioned garnishment action. Dkt. # 6. In light of contested nature of this matter, the Clerk of Court is directed to give this matter a civil action number and assign it in rotation. Pursuant to 28 U.S.C. § 3202(d) and § 3205(c)(5), the requested hearing is to be held as soon as practicable. The Writ of Garnishment shall remain in effect during the pendency of this action, but judgment shall not be entered absent further order of the Court.

　　Dated this 25th day of January, 2021.

　　　　　　　　　　　　　　　　/s/ Robert S. Lasnik
　　　　　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　　　　　United States District Judge

ORDER